UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION

PAUL AKEO and CHRISTY AKEO,

        Plaintiffs,

v.

PALACE RESORTS, LLC, a limited liability company; PALACE ELITE, a Mexican corporation; PR GLOBAL RESERVATIONS, LLC, a Florida limited liability company; PALACE ELITE RESORTS S.A. de C.V., a Mexican corporation; JOSÉ GIBRÁN CHAPUR DÁJER, an individual; PALACE COMPANY HOLDINGS,

        Defendants.

Action No.:   1:25-cv-23733-RKA

**DECLARATION OF JOHN MANLY**

I, John Manly, declare as follows:

1.      I am counsel of record for Plaintiffs.  I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true.  If called as a witness, I could and would competently testify to the matters stated herein.

2.      I assisted the Akeos in their release from Mexico prison.

3.      I was told expressly by Congressmember Barrett and other diplomats that the Akeos would not be freed from prison or criminal prosecution instituted by Palace Resorts unless they signed the agreement at issue.

4.      Attached hereto as Exhibit 1 is a true and correct copy of text messages with Congressmember Barrett in which he made these statements to me on April 4, 2025 right before

the Akeos were forced to sign the agreements.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 19th day of August, 2025, at Irvine, California.


/s/ *John Manly*
John Manly

# EXHIBIT 1



TB

Tom >

Santa Ana Ca. Out of SNA John Wayne airport

Trying to call you

Please call me ASAP

Landing rights approved

I am convinced that the only way Paul and Christy can leave is if they sign the NDA under the terms that Palace had demanded.

It appears they have no choice but to sign or stay in prison. Thx for all your efforts.



N345LC Flight Tracking and History 03-Apr-2025 (KSNA-CUN / MMUN)
flightaware.com

Thu, Apr 3 at 2:33 PM

Court started

 iMessage