UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION

| | |
|---|---|
| PAUL AKEO and CHRISTY AKEO,<br><br>        Plaintiffs,<br><br>v.<br><br>PALACE RESORTS, LLC, a limited liability company; PALACE ELITE, a Mexican corporation; PR GLOBAL RESERVATIONS, LLC, a Florida limited liability company; PALACE ELITE RESORTS S.A. de C.V., a Mexican corporation; JOSÉ GIBRÁN CHAPUR DÁJER, an individual; PALACE COMPANY HOLDINGS,<br><br>        Defendants. | Action No.: 1:25-cv-23733-RKA |

## NOTICE OF ENTRY OF PARTIES

COMES NOW, Plaintiffs, by and through the undersigned counsel, hereby file this Notice of Entry of Parties for Defendants, CHDB HOLDING, S.A. de C.V., a Mexican corporation; CONTROLADORA IHC, S.A.P.I. de C.V., a Mexican corporation; and OPERADORA PALACE RESORTS JA LTD., a Jamaican corporation.

Dated: August 21, 2025

/s/ Peter Kaufman
Peter Kaufman (Bar No. 548421)
pkaufman@panish.law
Jesse Creed, *Pro Hac Vice*
jcreed@panish.law
Hunter Norton, *Pro Hac Vice*
hnorton@panish.law
PANISH | SHEA | RAVIPUDI LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
310.477.1700

*Attorneys for Plaintiffs*