UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION

| | |
|---|---|
| PAUL AKEO and CHRISTY AKEO,<br><br>            Plaintiffs,<br>v.<br><br>PALACE RESORTS, LLC, a limited liability company; PALACE ELITE, a Mexican corporation; PR GLOBAL RESERVATIONS, LLC, a Florida limited liability company; PALACE ELITE RESORTS S.A. de C.V., a Mexican corporation; JOSÉ GIBRÁN CHAPUR DÁJER, an individual; PALACE COMPANY HOLDINGS,<br><br>            Defendants. | Action No.: 1:25-cv-23733-RKA |

## NOTICE OF DISMISSAL OF PARTY

Plaintiffs hereby give notice of voluntary dismissal without prejudice of Defendant Palace Resorts LLC under Fed. R. Civ. Proc. 41(a)(1)(A)(ii).


Dated: August 21, 2025

/s/ *Peter Kaufman*
Peter Kaufman (Bar No. 548421)
pkaufman@panish.law
Jesse Creed, *Pro Hac Vice*
jcreed@panish.law
Hunter Norton, *Pro Hac Vice*
hnorton@panish.law
PANISH | SHEA | RAVIPUDI LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
310.477.1700

*Attorneys for Plaintiffs*