AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

<table>
<tr><td>PAUL AKEO and CHRISTY AKEO,<br><br><br><br>_____<br><i>Plaintiff(s)</i><br>v.<br><br>PALACE ELITE RESORTS S.A. de C.V., a Mexican corporation; PR GLOBAL RESERVATIONS, LLC, a Florida limited liability company; JOSÉ GIBRÁN CHAPUR DÁJER, an individual; et al.<br>_____<br><i>Defendant(s)</i></td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No.  1:25-cv-23733-RKA</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PALACE ELITE RESORTS S.A. de C.V., a Mexican corporation
d/b/a Palace Elite
Florida agent address: 8400 NW 33 STREET, SUITE 100, DORAL, FL 33122

Mexico address: Av. Andrés García Lavín, 298 Calle 32, Piso 11
Colonia Montebello, Mérida, Yucatán, México 97113

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jesse Creed, Esq.
PANISH | SHEA | RAVIPUDI LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, CA 90025

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  Aug 22, 2025
_____



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ K. Pierre*
_____
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| PAUL AKEO and CHRISTY AKEO, | ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | |
| v. | ) ) | Civil Action No.  1:25-cv-23733-RKA |
| PALACE ELITE RESORTS S.A. de C.V., a Mexican corporation; PR GLOBAL RESERVATIONS, LLC, a Florida limited liability company; JOSÉ GIBRÁN CHAPUR DÁJER, an individual; et al. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PR GLOBAL RESERVATIONS, LLC, a Florida limited liability company
8400 NW 33 STREET, SUITE 100
DORAL, FL 33122

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jesse Creed, Esq.
PANISH | SHEA | RAVIPUDI LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, CA 90025

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  Aug 22, 2025



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ K. Pierre*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| PAUL AKEO and CHRISTY AKEO, <br><br><br><br>*Plaintiff(s)*<br><br>v.<br><br>PALACE ELITE RESORTS S.A. de C.V., a Mexican corporation; PR GLOBAL RESERVATIONS, LLC, a Florida limited liability company; JOSÉ GIBRÁN CHAPUR DÁJER, an individual; et al.<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.  1:25-cv-23733-RKA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JOSÉ GIBRÁN CHAPUR DÁJER, an individual
101 REEF LN, VILLA 1
KEY BISCAYNE, FL 33149

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jesse Creed, Esq.
PANISH | SHEA | RAVIPUDI LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, CA 90025

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  Aug 22, 2025
_____



Angela E. Noble
Clerk of Court

**SUMMONS** _____

*s/ K. Pierre*
_____
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| PAUL AKEO and CHRISTY AKEO,<br><br>_____<br>*Plaintiff(s)*<br>v.<br>PALACE ELITE RESORTS S.A. de C.V., a Mexican corporation; PR GLOBAL RESERVATIONS, LLC, a Florida limited liability company; JOSÉ GIBRÁN CHAPUR DÁJER, an individual; et al.<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  1:25-cv-23733-RKA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   CHDB HOLDING, S.A. de C.V., a Mexican corporation
d/b/a The Palace Company
Florida agent address: 8400 NW 33 STREET, SUITE 100, DORAL, FL 33122

Mexico address: Av. Andrés García Lavín, 298 Calle 32, Piso 11
Colonia Montebello, Mérida, Yucatán, México 97113

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jesse Creed, Esq.
PANISH | SHEA | RAVIPUDI LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, CA 90025

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   Aug 22, 2025
_____



Angela E. Noble
Clerk of Court

*s/ K. Pierre*
_____
Deputy Clerk
U.S. District Courts

SUMMONS

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| PAUL AKEO and CHRISTY AKEO, )<br><br><br><br>*Plaintiff(s)*  )<br>v.  )<br><br>PALACE ELITE RESORTS S.A. de C.V., a Mexican corporation; PR GLOBAL RESERVATIONS, LLC, a Florida limited liability company; JOSÉ GIBRÁN CHAPUR DÁJER, an individual; et al.  )<br>*Defendant(s)*  ) | Civil Action No.  1:25-cv-23733-RKA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CONTROLADORA IHC, S.A.P.I. de C.V., a Mexican corporation
d/b/a The Palace Company
Florida agent address: 8400 NW 33 STREET, SUITE 100, DORAL, FL 33122

Mexico address: Av. Andrés García Lavín, 298 Calle 32, Piso 11
Colonia Montebello, Mérida, Yucatán, México 97113

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jesse Creed, Esq.
PANISH | SHEA | RAVIPUDI LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, CA 90025

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  Aug 22, 2025



Angela E. Noble
Clerk of Court

s/ K. Pierre

Deputy Clerk
U.S. District Courts

SUMMONS

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| PAUL AKEO and CHRISTY AKEO, <br><br><br> *Plaintiff(s)* <br><br> v. <br><br> PALACE ELITE RESORTS S.A. de C.V., a Mexican corporation; PR GLOBAL RESERVATIONS, LLC, a Florida limited liability company; JOSÉ GIBRÁN CHAPUR DÁJER, an individual; et al. <br> *Defendant(s)* | Civil Action No.  1:25-cv-23733-RKA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   OPERADORA PALACE RESORTS JA LTD., a Jamaican corporation
d/b/a The Palace Company
Florida agent address: 8400 NW 33 STREET, SUITE 100, DORAL, FL 33122

Jamaica address(es): Main Street, Ocho Rios, Ocho Rios Post Office, St. Ann
53 Knutsford Blvd., Kingston 5 Saint Andrew Jamaica

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jesse Creed, Esq.
PANISH | SHEA | RAVIPUDI LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, CA 90025

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   Aug 22, 2025
_____



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ K. Pierre*
_____
Deputy Clerk
U.S. District Courts