**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-cv-23733-ALTMAN**

**PAUL AKEO, and**
**CHRISTY AKEO**

      **Plaintiffs,**

**v.**

**PALACE RESORTS, LLC, *et al*.,**

      **Defendants.**

_____/

**[PROPOSED] ORDER GRANTING DEFENDANTS'**
**MOTION TO CONTINUE DEADLINE TO FILE JOINT SCHEDULING REPORT**

      **WHEREAS**, the Court has reviewed Defendants' Motion to Continue Deadline to file a joint scheduling report, and finding good cause therein,

      **IT IS HEREBY ORDERED** that Defendants' Motion to Continue is **GRANTED**.  The Parties **shall prepare and file a joint scheduling report,** as required by Local Rule 16.1, on or before _____ .

      **DONE AND ORDERED** in the Southern District of Florida on August ___, 2025.

                         _____

                         **ROY K. ALTMAN**
                         **UNITED STATES DISTRICT JUDGE**

cc:     counsel of record