**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-cv-23733-ALTMAN**

**PAUL AKEO, and**
**CHRISTY AKEO**

      **Plaintiffs,**

**v.**

**PALACE ELITE RESORTS S.A. de C.V.,**
**a Mexican corporation, et. al.,**

      **Defendants.**

                           /

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE THAT David M. Orta, Esq. of the law firm Quinn Emanuel Urquhart & Sullivan, LLP hereby enters his appearance as counsel on behalf of Defendants Controladora IHC, S.A.P.I. de C.V., Operadora Palace Resorts JA LTD.[1] in the above-captioned action and hereby requests that copies of all further correspondence, notices, filings, and pleadings be served upon the undersigned.[2]

[Intentionally left blank.]

---

[1]  Mr. Orta has already appeared for the other Defendants upon filing the Notice of Removal.  ECF No. 1.  Plaintiffs added Controladora IHC, S.A.P.I. de C.V., Operadora Palace Resorts JA LTD to the case in their First Amended Complaint, filed after Defendants' removal of the instant case to this Court.  ECF No. 11.

[2]  Service of process has not been perfected on any Defendant as of the filing of this Notice of Appearance. The Parties are discussing waiver of service of process, while preserving all challenges to personal jurisdiction, venue, and other defenses. Further, Defendants expressly reserve all defenses and objections to the Amended Complaint, including but not limited to defenses based on arbitrability, lack of personal jurisdiction, insufficient service of process, failure to state a claim upon which relief can be granted.

I certify that I am admitted to practice in the Southern District of Florida.

**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**


/s/   *David M. Orta*

David M. Orta
Florida Bar No. 35750
davidorta@quinnemanuel.com
2601 South Bayshore Drive, Suite 1550
Miami, Florida 33133
Telephone: (305) 402-4880

*Counsel for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 28th day of August, 2025, I electronically filed the

foregoing document with the Clerk of Court using CM/ECF.

/s/   *David M. Orta*
David M. Orta
Florida Bar No. 35750
davidorta@quinnemanuel.com

3