**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-cv-23733-ALTMAN**

**PAUL AKEO, and**
**CHRISTY AKEO**

      **Plaintiffs,**

**v.**

**PALACE RESORTS, S.A. de C.V.,**
**a Mexican corporation, et al.,**

      **Defendants.**

_____/

**[PROPOSED] ORDER GRANTING DEFENDANTS'**
**MOTION TO STAY OR CONTINUE DEADLINE TO FILE**
**OPPOSITION TO  MOTION FOR TEMPORARY RESTRAINING ORDER**

**WHEREAS**, the Court has reviewed Defendants' Motion to Stay, Or Alternatively, to Continue their deadline to oppose Plaintiffs' motion for a temporary restraining order and preliminary injunction [ECF No. 4], and finding good cause therein,

**IT IS HEREBY ORDERED** that Defendants' Motion to Stay or Continue is **GRANTED**. The deadline for Defendants' response in opposition to Plaintiffs' motion for a temporary restraining order is hereby **CONTINUED** until the Court has had the opportunity to rule on the threshold issues of its subject matter jurisdiction and of the arbitrability of this dispute.  The Court will establish a deadline for Defendants to respond to Plaintiffs' motion for a temporary restraining order after ruling on these threshold questions, should that be necessary at that time.

**DONE AND ORDERED** in the Southern District of Florida on August ___, 2025.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**