**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-cv-23733-ALTMAN**

**PAUL AKEO, and**
**CHRISTY AKEO**

      **Plaintiffs,**

**v.**

**PALACE ELITE RESORTS S.A. de C.V.,**
**a Mexican corporation,** *et. al.*,

      **Defendants.**

_____/

**DEFENDANTS' CERTIFICATE OF INTERESTED**
**PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to this Court's August 21, 2025, Order, Defendants Palace Elite Resorts, S.A. de C.V., PR Global Reservations, LLC, José Gibrán Chapur Dájer, CHDB Holding, S.A. de C.V., Controladora IHC, S.A.P.I. de C.V., and Operadora Palace Resorts JA Ltd., by and through undersigned counsel, submit the following Certificate of Interested Persons and Corporate Disclosure Statement in compliance with Fed. R. Civ. P. 7.1.[1]

Defendant Palace Elite Resorts, S.A. de C.V. ("Palace Elite") is a Mexican limited liability company with its principal place of business in Yucatán, Mexico.  Controladora IHC, S.A.P.I. de C.V., Palace Resorts Rent A Car, S.A. de C.V., IHC Inmobiliaria, S.A. de C.V., Inmobiliaria

---

[1]   Service of process has not been perfected on any Defendant as of the filing of this Certificate of Interested Persons and Corporate Disclosure Statement. The Parties are discussing waiver of service of process, while preserving all challenges to personal jurisdiction, venue, and other defenses. Further, Defendants expressly reserve all defenses and objections to the Amended Complaint, including but not limited to defenses based on arbitrability, lack of personal jurisdiction, insufficient service of process, failure to state a claim upon which relief can be granted.

Puerto Bonito, S.A. de C.V., and CHDB Holding, S.A. de C.V. are Palace Elite's parent entities. No public entity owns 10% or more of the stock of Palace Elite.

Defendant PR Global Reservations, LLC ("PR Global") is a Florida limited liability company with its principal place of business in Doral, Florida.  Operadora Palace Resorts (JA) Limited is PR Global's only parent entity. No public entity owns 10% or more of the stock of PR Global.

Defendant CHDB Holding, S.A. de C.V. ("CHDB Holding") is a Mexican limited liability company with its principal place of business in Yucatán, Mexico.  Palace Holding, S.A.P.I. de C.V. and Inmobiliaria Puerto Bonito, S.A. de C.V. are CHDB Holding's parent entities. No public entity owns 10% or more of the stock of CHDB Holding.

Defendant Controladora IHC, S.A.P.I. de C.V. ("Controladora IHC") is a Mexican limited liability company with its principal place of business in Yucatán, Mexico.  JTC Trustees Limited in its capacity as trustee of The AChB Dynasty Trust, JTC Trustees Limited in its capacity as trustee of The Gibran Chapur Dynasty Trust, JTC Trustees Limited in its capacity as trustee of The JCHB Trust, JTC Trustees Limited in its capacity as  trustee of The OCHB Trust, Chada Holding, S. de R.L. de C.V., Corporación JCHB, S.A. de C.V., Corporación OCHB, S.A. de C.V., and Corporación ACHB, S.A. de C.V. are Controladora IHC's parent entities.  No public entity owns 10% or more of the stock of Controladora IHC.

Defendant Operadora Palace Resorts JA Ltd ("Operadora Palace Resorts") is a Jamaican limited liability company with its principal place of business in Ocho Rios, Jamaica. Controladora IHC, S.A.P.I. de C.V. is Operadora Palace Resorts' only parent entity.  No public entity owns 10% or more of the stock of Operadora Palace Resorts.

Based on Defendants' current knowledge and belief, the following list includes all persons,

2

associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party:

1. Palace Elite Resorts, S.A. de C.V.

2. PR Global Reservations LLC

3. José Gibrán Chapur Dájer

4. CHDB Holding, S.A. de C.V.

5. Controladora IHC, S.A.P.I. de C.V.

6. Operadora Palace Resorts (JA) Limited

7. Palace Resorts Rent A Car, S.A. de C.V.

8. IHC Inmobiliaria, S.A. de C.V.

9. Inmobiliaria Puerto Bonito, S.A. de C.V.

10. Turismo Palace, S.A. de C.V.

11. Palace Holding, S.A.P.I. de C.V.

12. Corporación MECHD, S.A. de C.V.

13. Corporación AGCHD, S.A. de C.V.

14. Corporación RCHD, S.A. de C.V.

15. Corporación MCHD, S.A. de C.V.

16. Chada Holding, S. de R.L. de C.V.

17. Corporación JCHB, S.A. de C.V.

18. Corporación OCHB, S.A. de C.V.

19. Corporación ACHB, S.A. de C.V.

20. Chada Agricultura, S. de R.L. de C.V.

3

21. Chada Trading Company, S. de R.L. de C.V.

22. Sibra Palace, S.A. de C.V.

23. JTC Trustees Limited in its capacity as trustee of the trust "The MECD Dynasty Trust"

24. JTC Trustees Limited in its capacity as trustee of the trust "The Ana Chapur Dynasty Trust"

25. JTC Trustees Limited in its capacity as trustee of the trust "The RCD Dynasty Trust"

26. JTC Trustees Limited in its capacity as trustee of the trust "The MCD Dynasty Trust"

27. JTC Trustees Limited in its capacity as trustee of the trust "The Gibran Chapur Dynasty Trust"

28. JTC Trustees Limited in its capacity as trustee of the trust "The JCHB Trust"

29. JTC Trustees Limited in its capacity as trustee of the trust "The AChB Dynasty Trust"

30. JTC Trustees Limited in its capacity as trustee of the trust "The OCHB Trust"

31. Ana Georgina Chapur Dájer

32. Marisol Chapur Dájer

33. Rossana Chapur Dájer

34. Maria Eugenia Chapur Dájer

35. Anuar Chapur Becil

36. Omar Chapur Becil

37. Jabib Chapur Becil

38. Quinn Emanuel Urquhart & Sullivan, LLP (counsel for Defendants)

39. Christy Lin Akeo

4

40. Paul Kawika Akeo

41. Panish, Shea, Ravipudi, LLP (counsel for Plaintiffs)

42. John C. Manly (counsel for Plaintiffs)

43. Dalton&Associates, P.A. (counsel for Plaintiffs)

44. Lawson Lundell, LLP (counsel for Plaintiffs)

DATED:  August 29, 2025                Respectfully submitted,


                                 QUINN EMANUEL URQUHART & SULLIVAN LLP

                         By:  /s/ David M. Orta
                              David M. Orta
                              FL Bar Number 35750
                              Jason D. Sternberg
                              FL Bar Number 72887
                              2601 S. Bayshore Drive
                              Miami, Florida 33133
                              305-402-4880
                              davidorta@quinnemanuel.com
                              jasonsternberg@quinnemanuel.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 29th day of August, 2025 a true and correct copy of the foregoing document was electronically transmitted to all counsel of record via the CM/ECF system.

By:     /s/ David M. Orta

David M. Orta
FL Bar Number 35750
Jason D. Sternberg
FL Bar Number 72887
2601 S. Bayshore Drive
Miami, Florida 33133
305-402-4880
davidorta@quinnemanuel.com
jasonsternberg@quinnemanuel.com