UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION

PAUL AKEO and CHRISTY AKEO,

                Plaintiffs,

v.

PALACE ELITE RESORTS S.A. de C.V., a Mexican corporation; PR GLOBAL RESERVATIONS, LLC, a Florida limited liability company; JOSÉ GIBRÁN CHAPUR DÁJER, an individual; CHDB HOLDING, S.A. de C.V., a Mexican corporation; and CONTROLADORA IHC, S.A.P.I. de C.V., a Mexican corporation; and OPERADORA PALACE RESORTS JA LTD., a Jamaican corporation,

                Defendants.

Case No.: 1:25-cv-23733-RKA

**DECLARATION OF CHRISTY AKEO IN SUPPORT OF PLAINTIFFS' MOTION TO REMAND**

I, Christy Akeo, declare as follows:

1.      I am a party in the above-entitled action.  I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true.  If called as a witness, I could and would competently testify to the matters stated herein.

2.      I received a care package on the second or third day with very basic things in it. The care package included Palace Resort slippers just like the ones you get in the closet at the resorts.  That was 2nd or 3rd day I was there. I acted like I wasn't shocked but I was terrified seeing those and believed they were intended as a threat.  No one else around me had Palace slippers.  I inferred that someone at Palace must have had a close connection with the guards to get those slippers to me.

3.      I had no idea when I was going to get out of prison.  I truly believed I was going to be in Mexico prison for the known future.

4.      We always maintained our innocence and refused to make any confession of guilt. The credit card companies had repeatedly sided with us after hearing the disputes from both sides.

5.      My knowledge of Spanish is very limited and I certainly do not have knowledge of Spanish in legal documents.  On the day that we signed the documents for our release on April 3, 2025, my lawyers put two documents in front of me to sign, one in Spanish and one in English.  I understand now that the two agreements were different (one is called "acuerdo reparatorio inmediato" and the other is called a "Mutual Release and Nondisparagement Agreement"), but at the time I signed, I actually believed that the English document was a translation of the Spanish document and they were the same document, but in different languages.  This all happened very quickly, as there was a sense of urgency from us, our lawyers, the U.S. Consulate, and Representative Tom Barrett to do the paperwork as quickly as possible to get us out of jail and to safety in the United States as fast as possible.  I had understood that both documents were the reparation agreements that we needed to sign to stop Palace's threats of prosecution and imprisonment.

6.      My contracts and relationship with Palace ended in 2022 after Palace breached the contract with us and I successfully disputed the charges for that breach with the credit card companies.  I never had any further relationship with Palace after that until Palace caused our arrest and imprisonment.  Without the arrest and imprisonment, I would have never signed any further agreements with Palace and would have never done any further business with Palace. Without the arrest and imprisonment, I would have never signed the agreements I signed in court

on April 3, 2025.

       I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

       Executed on this 28th day of August, 2025, at Spring Arbor, Michigan.

*Christy Akeo*

Christy Akeo