UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION

PAUL AKEO and CHRISTY AKEO,

Plaintiffs,

v.

PALACE ELITE RESORTS S.A. de C.V., a Mexican corporation; PR GLOBAL RESERVATIONS, LLC, a Florida limited liability company; JOSÉ GIBRÁN CHAPUR DÁJER, an individual; CHDB HOLDING, S.A. de C.V., a Mexican corporation; and CONTROLADORA IHC, S.A.P.I. de C.V., a Mexican corporation; and OPERADORA PALACE RESORTS JA LTD., a Jamaican corporation,

Defendants.

Case No.: 1:25-cv-23733-RKA

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION UNDER FED. R. CIV. PROC. 65, ECF NO. 4**

PLEASE TAKE NOTICE that Plaintiffs and Defendants, by and through their counsel, have agreed to an orderly sequencing of activities in this action and the parallel arbitration initiated by Defendants with the International Chamber of Commerce.  Under such agreement of the Parties, Plaintiffs have agreed to withdraw Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction under Fed. R. Civ. Proc. 65, ECF No. 4 (the "PI Motion"), and Defendants have agreed to adjourn all deadlines and hold all deadlines in abeyance in the parallel arbitration pending further proceedings in this action.  Given this agreement, the irreparable injury claimed by Plaintiffs has been mitigated.  Accordingly, given this agreement, Plaintiffs hereby notify the Court of their withdrawal of the PI Motion.  Plaintiffs expressly reserve the right to re-file a motion for a temporary restraining order or preliminary injunction in the event

Defendants take steps in the parallel arbitration requiring Plaintiffs to participate or otherwise take action with respect to that proceeding.

Dated: September 2, 2025

/s/ Peter Kaufman
Peter Kaufman (Bar No. 548421)
pkaufman@panish.law
Jesse Creed (admitted pro hac vice)
jcreed@panish.law
Hunter Norton (admitted pro hac vice)
hnorton@panish.law
PANISH | SHEA | RAVIPUDI LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
310.477.1700


*/s/ John Manley*
LAVELY & SINGER PC
MARTIN SINGER (pro hac vice pending)
mdsinger@lavelysinger.com
2049 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: 310.556.3501
Facsimile: 310.556.3615

*Attorneys for Plaintiffs*