UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cv-23733-ALTMAN/Lett

**PAUL AKEO** *and* **CHRISTY AKEO**,

    *Plaintiffs*,

*v.*

**PALACE ELITE RESORTS**, *et al.*,

    *Defendants.*

_____/

## OMNIBUS ORDER

    Attorney Jennifer D. Bennett has moved to appear *Pro Hac Vice* in this matter. *See* [ECF No. 50]. After reviewing the motion, we find that the Movant has fully complied with Rule 4 of the Local Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys. Accordingly, we **ORDER AND ADJUDGE** that the pending Motion to Appear *Pro Hac Vice* [ECF No. 50] is **GRANTED**. Jennifer D. Bennett may appear and participate in this action on behalf of the Plaintiffs. The Clerk **SHALL** provide electronic notice of all filings on the docket to: Jennifer D. Bennett at jennifer@guptawessler.com.

    **DONE AND ORDERED** in the Southern District of Florida on April 1, 2026.

 

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record