**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-cv-23733-ALTMAN**

PAUL AKEO and CHRISTY AKEO,

     Plaintiffs,

v.

PR GLOBAL RESERVATIONS, LLC,
PALACE ELITE RESORTS S.A. de C.V., *a Mexican corporation,*
JOSE GIBRAN CHAPUR DAJER, CHDB HOLDINGS, S.A. de
C.V., CONTROLADORA IHC, S.A.P.I de C.V., and
OPERADORA PALACE RESORTS JA LTD.

     Defendants.

_____/

**JOINT REQUEST TO EXTEND BRIEFING DEADLINES ON DEFENDANTS'**
**MOTION TO COMPEL ARBITRATION AND MOTION TO SEAL**

The parties jointly respectfully request the following briefing schedule be entered for Defendants' pending motion to compel arbitration and motion to seal: Plaintiffs' responses to both motions would be due April 27, 2026. And Defendants' reply in support of both motions would be due May 18, 2026. This schedule represents a 14-day extension of time for the Plaintiffs to file their responses, as well as a 14-day extension of time for the defendants to file their replies.

The parties submit, through undersigned counsel and pursuant to Federal Rule of Civil Procedure 6 and Local Rule 7.1, that there is good cause for this request:

The Akeos have retained new counsel, who will be taking lead responsibility for responding to the motion to compel arbitration. That counsel, Jennifer Bennett, has several deadlines on April 10, 2026, which will make it difficult to properly prepare the responses to defendants' motions by their current deadline of April 13, 2026. Specifically, Ms. Bennett, has the following deadlines on April 10, 2026:

- A brief in opposition to certiorari in the U.S. Supreme Court in *Nwauzor v. GEO Group*, No. 25-828, on April 10, 2026;

- An opening brief and appendix in the Seventh Circuit Court of Appeals due in *Xu Lun v. Milwaukee Electric Tool Corp., et al.*, No. 25-3347, on April 10, 2026;

- An oral argument in the Washington Court of Appeals in *Danielson v. Seattle Children's Hospital*, No. 877933, on April 10, 2026.

In addition, Passover and school spring break will further make it difficult to respond to the motions, absent a 14-day extension.

Similarly, Defendants submit that good cause supports the requested extension. Undersigned counsel, David Orta, has a preexisting hearing in a confidential ICDR arbitration scheduled for April 28, 2026, followed by previously scheduled out-of-town business trips from April 29 through May 4, 2026, and from May 11 through May 15, 2026. In addition, counsel Jose Ferrer and Desiree Fernandez are scheduled to begin a week-long jury trial on April 6, 2026, which will require substantial preparation and trial time during this same period. These preexisting professional obligations were set before the current deadlines and limit Defendants' ability to prepare their reply within the existing schedule. Accordingly, a modest extension is warranted.

Date: April 2, 2026                    Respectfully submitted,

**PANISH | SHEA | RAVIPUDI LLP**
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
310.477.1700

By: */s/ Peter Kaufman*
Peter Kaufman
Fla. Bar No. 548421
pkaufman@panish.law

**MARK FERRER & HAYDEN**
80 S.W. 8th Street, Suite 1999
Miami, Florida 33130
Telephone: (305) 374-0440

By: *s/ Jose M. Ferrer*
Jose M. Ferrer, Esq.
Florida Bar No. 173746
Desiree Fernandez, Esq.
Florida Bar No. 119518

2

jose@mfh.law
desiree@mfh.law
eservice@mfh.law

**GUPTA WESSLER LLP**
235 Montgomery Street, Suite 629
San Francisco, CA 94104
(415) 573-0336

**QUINN EMANUEL URQUHART &
SULLIVAN LLP**
2601 S. Bayshore Drive
Miami, Florida 33133
305-402-4880

By: s/*Jennifer D. Bennett*
Jennifer D. Bennett
(pro hac vice)

*Attorneys for Plaintiffs*

By: */s/ David M. Orta*
David M. Orta
FL Bar Number 35750
davidorta@quinnemanuel.com

*Co-counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this document was served via the CM/ECF portal on this 2nd day of April 2026 upon all individuals listed on the service list below.

Peter Kaufman
pkaufman@panish.law
Jesse Creed
jcreed@panish.law
Hunter Norton
hnorton@panish.law
PANISH I SHEA I RAVIPUDI LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
310.477.1700

Jose M. Ferrer, Esq.
jose@mfh.law
Desiree Fernandez, Esq.
desiree@mfh.law
MARK FERRER & HAYDEN
80 S.W. 8th Street, Suite 1999
Miami, Florida 33130
Telephone: (305) 374-0440

David M. Orta
davidorta@quinnemanuel.com
QUINN    EMANUEL    URQUHART    &
SULLIVAN LLP
2601 S. Bayshore Drive
Miami, Florida 33133
305-402-4880

By: */s/ Peter Kaufman*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cv-23733-ALTMAN

PAUL AKEO and CHRISTY AKEO,

     Plaintiffs,

v.

PR GLOBAL RESERVATIONS, LLC,
PALACE ELITE RESORTS S.A. de C.V., *a Mexican corporation,*
JOSE GIBRAN CHAPUR DAJER, CHDB HOLDINGS, S.A. de
C.V., CONTROLADORA IHC, S.A.P.I de C.V., and
OPERADORA PALACE RESORTS JA LTD.

     Defendants.

_____/

**[PROPOSED] ORDER GRANTING JOINT REQUEST TO EXTEND BRIEFING
DEADLINES ON DEFENDANTS' MOTION TO COMPEL ARBITRATION AND
MOTION TO SEAL**

WHEREAS, the Court has reviewed the Joint Request to Extend Briefing Deadlines on defendants' motion to compel arbitration and motion to seal, and finding good cause therein,

IT IS HEREBY ORDERED that the request is GRANTED. The plaintiffs shall file their responses on or before April 27, 2026 and the defendants shall file their replies on or before May 18, 2026.

DONE AND ORDERED in Chambers at _____, Florida, this
day of _____.


                                    _____
                                    Roy K. Altman
                                    United States District Judge


cc: Counsel of Record