**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-cv-23733-ALTMAN/Reid**

**PAUL AKEO** *and* **CHRISTY AKEO**

    *Plaintiffs,*

*v.*

**PALACE ELITE RESORTS**, *et al.,*

    *Defendants.*

_____/

## ORDER

On March 30, 2026, the Defendants filed a Motion to File Under Seal (the "Motion") [ECF No. 53], asking us to file certain exhibits to their Motion to Compel Arbitration [ECF No. 52] under seal. After careful review, we hereby **ORDER AND ADJUDGE** that the Motion [ECF No. 53] is **GRANTED** as follows: Exhibits A, B, and D to the Defendants' Motion to Compel Arbitration [ECF No. 52] shall be filed under seal and shall remain under seal until further order from this Court.

**DONE AND ORDERED** in the Southern District of Florida on April 6, 2026.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record