## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### Case No.: 1:25-cv-23733-RKA

**PAUL AKEO and CHRISTY AKEO,**

    Plaintiffs,

v.

**PALACE ELITE RESORTS S.A. de C.V. et al**

    Defendants.

_____/

## MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Hannah M. Kieschnick of the law firm of Gupta Wessler, 235 Montgomery Street, Suite 629, San Francisco, CA 94104, (415) 573-0336, for purposes of appearance as co-counsel on behalf of Plaintiffs Paul and Christy Akeo in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Hannah M. Kieschnick to receive electronic filings in this case, and in support thereof states as follows:

1.     Hannah M. Kieschnick is not admitted to practice in the Southern District of Florida and is a member in good standing of the bar of California.

2.     Movant, Peter Kaufman, Esquire, of the law firm of Panish | Shea | Ravipudi LLP, 11111 Santa Monica Blvd., Suite 700, Los Angeles, CA 90025, 310-

1

477-1700, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3.      In accordance with the local rules of this Court, Hannah M. Kieschnick has made payment of this Court's $250.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4.      Hannah M. Kieschnick, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Hannah M. Kieschnick at email address: hannah@guptawessler.com.

WHEREFORE, Peter Kaufman, moves this Court to enter an Order for Hannah M. Kieschnick, to appear before this Court on behalf of Plaintiffs Paul and Christy Akeo, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Hannah M. Kieschnick.

Date: April 21, 2026                                    Respectfully submitted,


                                                        */s/ Peter Kaufman*
                                                        PETER KAUFMAN

2

Fla. Bar No. 548421
pkaufman@panish.law
PANISH | SHEA | RAVIPUDI LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
310.477.1700

*Attorney for Plaintiffs*