## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### Case No.: 1:25-cv-23733-RKA

**PAUL AKEO and CHRISTY AKEO,**

     Plaintiffs,

v.

**PALACE ELITE RESORTS S.A. de C.V. et al**

     Defendants.

_____/

### CERTIFICATION OF HANNAH M. KIESCHNICK

Hannah M. Kieschnick, Esquire, pursuant to Local Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the bar of California; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

Date: April 21, 2026          Respectfully submitted,

                          */s/ Hannah M. Kieschnick*
                          HANNAH M. KIESCHNICK
                          California Bar No. 319011
                          hannah@guptawessler.com
                          GUPTA WESSLER LLP
                          235 Montgomery Street, Suite 629
                          San Francisco, CA 94104
                          (415) 573-0336