# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
## Case No.: 1:25-cv-23733-RKA

**PAUL AKEO and CHRISTY AKEO,**

     Plaintiffs,

v.

**PALACE ELITE RESORTS S.A. de C.V. et al**

     Defendants.

_____/

## [PROPOSED] ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Hannah M. Kieschnick, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Local Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Hannah M. Kieschnick may appear and participate in this action on behalf of Plaintiffs Paul Akeo and Christy Akeo. The Clerk shall provide electronic notification of all electronic filings to Hannah M. Kieschnick at hannah@guptawessler.com.

DONE AND ORDERED in Chambers at _____,

Florida, this _____ day of _____.


_____
United States District Judge


Copies furnished to: All Counsel of Record