UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cv-23733-RKA

PAUL AKEO and CHRISTY AKEO,
        Plaintiffs,

v.

PR GLOBAL RESERVATIONS, LLC,
PALACE ELITE RESORTS S.A. de C.V., a Mexican
corporation, JOSE GIBRAN CHAPUR DAJER,
CHDB HOLDINGS, S.A. de C.V., CONTROLADORA
IHC, S.A.P.I de C.V., and OPERADORA PALACE
RESORTS JA LTD.,
        Defendants.

_____/

## PLAINTIFFS' OBJECTIONS TO EVIDENCE SUBMITTED BY DEFENDANTS IN RELATION TO THEIR MOTION TO COMPEL, ECF NO. 51

Plaintiffs hereby object to the following evidence submitted by Defendants in connection with their Motion to Compel, ECF No. 51:

1.     Declaration of Gibran Chapur Dajer, Exhibit A (sealed).

Paragraph 7, first sentence: Calls for legal opinion. Fed. R. Evid. 701, 702, 704.

Paragraph 7, last sentence regarding the amount of damages: Lacks personal knowledge, calls for expert opinion. Fed. R. Evid. 602, 701, 702.

Paragraph 19, second sentence regarding the amount of damages: Lacks personal knowledge, calls for expert opinion. Fed. R. Evid. 602, 701, 702.

2.     Declaration of Kevin Salgado, Exhibit B (sealed):

Paragraph 11, last sentence: Lacks personal knowledge and without foundation. Fed. R. Evid. 602, 901.

Paragraph 12 in its entirety: Lacks personal knowledge and without foundation, based on inadmissible hearsay without an exception. Fed. R. Evid. 602, 901, 801, 802.

Paragraphs 15 to Paragraph 19: Lacks personal knowledge, based on inadmissible hearsay without an exception. Fed. R. Evid. 602, 801, 802.

1

Dated: April 27, 2026

Respectfully submitted,

PANISH | SHEA | RAVIPUDI LLP

By: /s/ Peter Kaufman
Peter Kaufman (Bar No. 548421)
pkaufman@panish.law
Jesse Creed (admitted pro hac vice)
jcreed@panish.law
Hunter Norton (admitted pro hac vice)
hnorton@panish.law
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
Telephone: (310) 477-1700

*Counsel for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on April 27, 2026, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will serve notice of electronic filing on all counsel of record.

/s/ Peter Kaufman
Peter Kaufman