UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION

PAUL AKEO and CHRISTY AKEO,

    Plaintiffs,

v.

PALACE RESORTS, LLC, a limited liability
company; PALACE ELITE, a Mexican
corporation; PR GLOBAL
RESERVATIONS, LLC, a Florida limited
liability company; PALACE ELITE
RESORTS S.A. de C.V., a Mexican
corporation; JOSÉ GIBRÁN CHAPUR
DÁJER, an individual; PALACE
COMPANY HOLDINGS,

    Defendants.

Case No.: 1:25-cv-23733-RKA

**DECLARATION OF JESSE CREED**

I, Jesse Creed, declare as follows:

1. I am an attorney duly admitted to practice before this Court.  I am a partner with Panish | Shea | Ravipudi LLP, attorneys of record for Plaintiffs.  I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true.  If called as a witness, I could and would competently testify to the matters stated herein.

2. Attached hereto as <u>Exhibit 1</u> is a true and correct copy of relevant excerpts of the Request for Arbitration by Palace Elite Resorts S.A. de C.V. on August 6, 2025 in the ICA.

3. Attached hereto as <u>Exhibit 2</u> is a true and correct copy of relevant excerpts of the Application for Appointment of Emergency Arbitrator and Orders for Emergency Measures filed by Palace Elite Resorts S.A. de C.V. in the International Court of Arbitration of the International

Chamber of Commerce.

4.     Attached hereto as <u>Exhibit 3</u> is a true and correct copy of the transcript of the hearing on Palace Elite's emergency application.

5.     Attached hereto as <u>Exhibit 4</u> is a true and correct copy of the letter I sent American counsel for Palace.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 27th day of April, 2026, at Los Angeles, California.

/s/ Jesse Creed
Jesse Creed

**EXHIBIT 1**
**TO BE FILED UNDER SEAL PENDING**
**COURT ORDER**

# EXHIBIT 2
# TO BE FILED UNDER SEAL PENDING
# COURT ORDER

**EXHIBIT 3**
**TO BE FILED UNDER SEAL PENDING**
**COURT ORDER**

# EXHIBIT 4



11111 Santa Monica Boulevard    Phone 310.477.1700
Suite 700    Fax 310.477.1699
Los Angeles, CA 90025    panish.law

July 22, 2025

**CONFIDENTIAL SETTLEMENT COMMUNICATIONS**
**FED. RULE OF EVIDENCE § 408**
**VIA ELECTRONIC MAIL ONLY**

Jorge D. Canamero, Esq.
HINSHAW & CULBERTSON LLP
2811 Ponce de Leon Blvd.
Suite 1000, 10th Floor
Coral Gables, FL 33134

E-Mail: jcanamero@hinshawlaw.com

    **Re:**    **Akeo, et al. v. Palace Company, et al.**

Dear Mr. Canamero:

    This firm represents Christy Akeo and Paul Akeo in connection with their claims against the Palace Company, et al. arising out of the egregious detention by Mexico prosecutors at the direction of Palace Company based on blatantly false accusations. John Manly of Manly, Stewart & Finaldi LLP is co-counsel in this matter.

    We plan to file the attached lawsuit on or before August 1, 2025 in Florida Circuit Court.[1] We are reaching out to see if the Defendants are interested in resolving this lawsuit before suit is filed, either through direct negotiations or via a mediator. If so, please promptly get back to us by July 28, 2025.

                            Very truly yours,

                            Jesse Creed

JC

---

[1] As I'm sure you already know, the private contract between Palace and the Akeos that was signed as Palace's condition to the Akeos' release from maximum security Mexico prison is clearly invalid as the Akeos signed it under duress. The contract is also unconscionable.