# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 25-cv-23733-ALTMAN

PAUL AKEO and CHRISTY AKEO,

     Plaintiffs,

v.

PR GLOBAL RESERVATIONS, LLC,
PALACE ELITE RESORTS S.A. de C.V., *a Mexican corporation,*
JOSE GIBRAN CHAPUR DAJER, CHDB HOLDINGS, S.A. de
C.V., CONTROLADORA IHC, S.A.P.I de C.V., and
OPERADORA PALACE RESORTS JA LTD.

     Defendants.

_____/

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SEAL

THIS CAUSE having come before the Court on Plaintiffs' Motion for Leave to File Under Seal (the "Motion"). This Court having considered the Motion and all other relevant factors, it is hereby **ORDERED and ADJUDGED** that:

The Motion is **GRANTED**. Plaintiffs may file Exhibits 1, 2, and 3, to the Declaration of Jesse Creed In Support of their Opposition to Defendants' Motion to Compel Arbitration and Stay provisionally under seal pursuant to Local Rule 5.4(b). The documents shall remain under seal until after briefing by the Parties, and Court determination of whether good cause exists for the documents to remain under seal.

The deadline for Defendants to make a showing to seal the documents shall be _____, and the deadline for Plaintiffs to respond shall be _____.

DONE AND ORDERED in Chambers at Miami-Dade County, Florida, this day ___ of _____.

2

_____
Honorable Roy K. Altman
United States District Judge

Copies furnished to: All Counsel of Record