**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No.: 1:25-cv-23733-ALTMAN (civil)**

PAUL AKEO and CHRISTY AKEO,

Plaintiffs,

v.

PALACE ELITE RESORTS S.A. de C.V. et al.,

Defendants.

PLAINTIFFS' CERTIFICATE OF SERVICE OF SEALED DOCUMENTS

Plaintiffs hereby give notice that on April 27, 2026, the following documents were filed under seal at ECF Docket Entry No. 64 pursuant to the Court's order:

1.    Plaintiffs' Opposition to Defendants' Motion to Compel Arbitration and Stay

I hereby certify that a true and correct copy of the foregoing documents were served by electronic service on April 28, 2026 on all counsel or parties of record on the Service List below.

**David Michael Orta**
Quinn Emanuel Urquhart & Sullivan LLP
1300 I Street NW, Suite 900
Washington, DC 20005
202-538-8129
Fax: 202-538-8100
Email: davidorta@quinnemanuel.com

**Jason David Sternberg**
Quinn Emanuel
2601 South Bayshore Drive, Suite 1550
Miami, FL 33133
561-213-5635
Email: jasonsternberg@quinnemanuel.com

Attorneys for PALACE ELITE RESORTS S.A. de C.V., a Mexican corporation; PR GLOBAL RESERVATIONS, LLC, a Florida limited liability company; JOSÉ GIBRÁN CHAPUR DÁJER, an individual; CHDB HOLDING, S.A. de C.V., a Mexican corporation; and CONTROLADORA IHC, S.A.P.I. de C.V., a Mexican corporation; and OPERADORA PALACE RESORTS JA LTD., a Jamaican corporation,

Dated: April 28, 2026

*Gracie Garcia*

Gracie Garcia, Legal Assistant
PANISH | SHEA | RAVIPUDI LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
310.477.1700

*Attorneys for Plaintiffs*