UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION

PAUL AKEO and CHRISTY AKEO,

          Plaintiffs,

v.

PALACE ELITE RESORTS S.A. de C.V., a
Mexican corporation; PR GLOBAL
RESERVATIONS, LLC, a Florida limited
liability company; JOSÉ GIBRÁN CHAPUR
DÁJER, an individual; CHDB HOLDING,
S.A. de C.V., a Mexican corporation; and
CONTROLADORA IHC, S.A.P.I. de C.V., a
Mexican corporation; and OPERADORA
PALACE RESORTS JA LTD., a Jamaican
corporation,

          Defendants.

Case No.: 1:25-cv-23733-RKA

**PLAINTIFFS' CERTIFICATE OF SERVICE OF SEALED DOCUMENTS**

Plaintiffs hereby give notice that on May 1, 2026, the following documents were filed under seal pursuant to the Court's order:

1.      Exhibits 8 to the Declaration of Christy Akeo in support of Plaintiffs' Opposition to Motion to Compel Arbitration and Stay [ECF Docket Entry No. 72];

2.      Exhibits 9 to the Declaration of Christy Akeo in support of Plaintiffs' Opposition to Motion to Compel Arbitration and Stay [ECF Docket Entry No. 74];

3.      Exhibits 1 to the Declaration of Jesse Creed in support of Plaintiffs' Opposition to Motion to Compel Arbitration and Stay [ECF Docket Entry No. 75];

4.      Exhibits 2 to the Declaration of Jesse Creed in support of Plaintiffs' Opposition to Motion to Compel Arbitration and Stay [ECF Docket Entry No. 76];

1

5.      Exhibits 3 to the Declaration of Jesse Creed in support of Plaintiffs' Opposition to

Motion to Compel Arbitration and Stay [ECF Docket Entry No. 77];

I hereby certify that a true and correct copy of the foregoing documents were served by

electronic service on May 1, 2026 on all counsel or parties of record on the Service List below:

**David Michael Orta**
Quinn Emanuel Urquhart & Sullivan LLP
1300 I Street NW, Suite 900
Washington, DC 20005
202-538-8129
Fax: 202-538-8100
Email: davidorta@quinnemanuel.com

**Jose M. Ferrer**
Mark Ferrer & Hayden
80 SW 8th Street, Suite 1999
Miami, FL 33130
305-374-0440
Email: jose@mfh.law

**Jason David Sternberg**
Quinn Emanuel
2601 South Bayshore Drive, Suite 1550
Miami, FL 33133
561-213-5635
Email: jasonsternberg@quinnemanuel.com

Attorneys for PALACE ELITE RESORTS S.A. de C.V., a Mexican corporation; PR GLOBAL
RESERVATIONS, LLC, a Florida limited liability company; JOSÉ GIBRÁN CHAPUR
DÁJER, an individual; CHDB HOLDING, S.A. de C.V., a Mexican corporation; and
CONTROLADORA IHC, S.A.P.I. de C.V., a Mexican corporation; and OPERADORA
PALACE RESORTS JA LTD., a Jamaican corporation,

Dated: May 1, 2026

/s/ Jesse Creed
Jesse Creed (admitted pro hac vice)
PANISH | SHEA | RAVIPUDI LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
310.477.1700

*Attorneys for Plaintiffs*