UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cv-23733-ALTMAN

PAUL AKEO, *et al.*,

    *Plaintiffs*,

v.

PALACE ELITE RESORTS, *et al.*,

    *Defendants.*

_____/

## ORDER REFERRING CERTAIN MATTERS TO MAGISTRATE JUDGE

Pursuant to Federal Rule of Civil Procedure 72, 28 U.S.C. § 636, and this District's Magistrate Judge Rules, we hereby **REFER** this matter to United States Magistrate Judge Yeney Hernandez for a ruling on the Defendants' Motion to Strike [ECF No. 81].

Should the parties have any questions regarding the resolution of these motions, counsel should contact the chambers of Magistrate Judge Hernandez at (305) 523-5720.

**DONE AND ORDERED** in the Southern District of Florida on May 12, 2026.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record