**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-cv-23733-ALTMAN**

PAUL AKEO and CHRISTY AKEO,

     Plaintiffs,

v.

PR GLOBAL RESERVATIONS, LLC,
PALACE ELITE RESORTS S.A. de C.V., *a Mexican corporation,*
JOSE GIBRAN CHAPUR DAJER, CHDB HOLDINGS, S.A. de
C.V., CONTROLADORA IHC, S.A.P.I de C.V., and
OPERADORA PALACE RESORTS JA LTD.

     Defendants.

_____/

**[PROPOSED] ORDER GRANTING DEFENDANTS'**
**MOTION FOR LEAVE TO FILE UNDER SEAL**

THIS CAUSE having come before the Court on Defendants' Motion for Leave to File Under Seal (the "Motion"). This Court having considered the Motion and all other relevant factors, it is hereby **ORDERED and ADJUDGED** that the Motion be, and the same is hereby **GRANTED**. Defendants may file the supplemental declarations of José Gibrán Chapur Dájer and Kevin Ramón Salgado Quiroz in support of the Reply in Support of Defendants' Motion to Compel Arbitration and Stay under seal pursuant to Local Rule 5.4(b). The documents shall remain under seal until further order of this Court.

DONE AND ORDERED in the Southern District of Florida, this day _____

of _____, 2026.

                                       _____

                                       Honorable Roy K. Altman
                                       United States District Judge

Copies furnished to: All Counsel of Record