**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-cv-23733-ALTMAN**

PAUL AKEO and CHRISTY AKEO,

     Plaintiffs,

v.

PR GLOBAL RESERVATIONS, LLC,
PALACE ELITE RESORTS S.A. de C.V., *a Mexican corporation,*
JOSE GIBRAN CHAPUR DAJER, CHDB HOLDINGS, S.A. de
C.V., CONTROLADORA IHC, S.A.P.I de C.V., and
OPERADORA PALACE RESORTS JA LTD.

     Defendants.

_____/

### [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE

THIS CAUSE having come before the Court on Defendants' Motion for Leave to File

Video Link in Support of Motion to Compel Arbitration (the "Motion"). This Court having

considered the Motion and all other relevant factors, it is hereby **ORDERED** that:

The Motion is **GRANTED**. Defendants may conventionally file the video with the

Clerk in compliance with our CM/ECF Administrative Procedures.

DONE AND ORDERED in Chambers at Miami-Dade County, Florida, this day ____

of _____.


                                        _____

                                        Hon. Roy K. Altman
                                        United States District Judge

Copies furnished to: All Counsel of Record