**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:25-cv-23733-ALTMAN

PAUL AKEO and CHRISTY AKEO,
     Plaintiffs,

     v.

PR GLOBAL RESERVATIONS, LLC,
PALACE ELITE RESORTS S.A. de C.V., a Mexican
corporation, JOSE GIBRAN CHAPUR DAJER,
CHDB HOLDINGS, S.A. de C.V., CONTROLADORA
IHC, S.A.P.I de C.V., and OPERADORA PALACE
RESORTS JA LTD.,

     Defendants.
_____/

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE REPLY**
**DECLARATIONS**

THIS CAUSE having come before the Court on Plaintiffs' Motion to Strike Reply Declarations Submitted by Defendants or, Alternatively, for Leave to File a Sur-Reply and Evidentiary Objections, with Leave for Plaintiffs to Disclose Reply Declarations to Relevant Witnesses, and the Court having considered the Motion and being otherwise duly advised, it is **ORDERED AND ADJUDGED** as follows:

1.  The Motion is **GRANTED**.

2.  The Second Declaration of Kevin Ramón Salgado Quiroz (ECF No. 87-1), the Second Declaration of José Gibrán Chapur Dájer (ECF No. 87-2), and the Second Declaration of Pablo Hernández-Romo Valencia (ECF No. 87-3) are STRICKEN and shall not be considered by the Court in resolving Defendants' Motion to Compel Arbitration and Stay (ECF No. 52).

3.  In the alternative, and if the Court declines to strike, Plaintiffs are granted leave to file a sur-reply of not more than [ten (10) pages], together with counter-declarations and evidentiary objections, within [fourteen (14) days] of the entry of this Order.

4.  Plaintiffs are granted leave to disclose the Reply Declarations (including those filed under seal) to relevant fact witnesses for the sole purpose of preparing a sur-reply, subject to a confidentiality undertaking.

**DONE AND ORDERED** in Chambers in Miami, Florida, this _____ day of _____, 2026.

_____
ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE