UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:25-cv-23733-ALTMAN

PAUL AKEO and CHRISTY AKEO,

     Plaintiffs,

v.

PALACE ELITE RESORTS S.A. de C.V. et al.,

     Defendants.

_____/

## PLAINTIFFS' REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING AT A SECONDARY EMAIL ADDRESS

In accordance with Section 2B of the CM/ECF Administrative Procedures, the undersigned respectfully moves for the Court to provide Notice of Electronic Filings to a secondary email address associated with co-counsel Jennifer D. Bennett's CM/ECF account: aimee.clesi@guptawessler.com. In support thereof, the undersigned states as follows:

1.     Jennifer D. Bennett is admitted *pro hac vice* to practice in the Southern District of Florida and is a member in good standing of the bar of California. She currently receives Notices of Electronic Filing in this matter at her primary email address: jennifer@guptawessler.com.

2.     Movant, Peter Kaufman, Esquire, of the law firm of Panish | Shea | Ravipudi LLP, 11111 Santa Monica Blvd., Suite 700, Los Angeles, CA 90025, 310-477-1700, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida, and is authorized to file through the Court's CM/ECF system.

1

3.      Jennifer D. Bennett, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to a secondary email address associated with her CM/ECF account: aimee.clesi@guptawessler.com.

WHEREFORE, Peter Kaufman, moves this Court to enter an Order for Jennifer D. Bennett to receive Notices of Electronic Filing at both her primary and secondary email addresses.

Date: May 28, 2026                          Respectfully submitted,


                                            /s/ Peter Kaufman
                                            PETER KAUFMAN (Florida Bar No. 548421)
                                            pkaufman@panish.law
                                            PANISH | SHEA | RAVIPUDI LLP
                                            11111 Santa Monica Boulevard, Suite 700
                                            Los Angeles, California 90025
                                            (310) 477-1700

                                            Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2026, I electronically filed the foregoing motion with the Clerk of the Court for the U.S. District Court for the Southern District of Florida by using the CM/ECF system. All participants are registered CM/ECF users and will be served by the CM/ECF system.

*/s/ Peter Kaufman*
PETER KAUFMAN
(Florida Bar No. 548421)